# ADVERSARY PROCEEDING COVER SHEET

ADVERSARY PROCEEDING NO.
(Court Use Only)

| PLANTIFFS | DEFENDANTS |
|---|---|
| EARL LEKY LYONS<br>SONYA DENISE LYONS<br>224 Collier Road<br>Barnesville, GA 30204 | GLENDA L. TAYLOR<br>328 Bottoms Road<br>Barnesville, GA 30204 |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Daniel L. Wilder<br>544 Mulberry Street, Suite 800<br>Macon, GA 31201<br>(478) 745-5415 | ATTORNEYS (If Known)<br>L. Scott Mayfield<br>404 Thomaston Street<br>Barnesville, GA 30204<br>(770) 358-3630 |

**PARTY** (check one box only)   ☐ 1  U.S. PLAINTIFF   ☐ 2  U.S. DEFENDANT   ■ 3  U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

This proceeding arises under 11 U.S.C. §523 of the Bankruptcy Code.  This is a Core proceeding under 28 U.S.C. §157.  Jurisdiction and venue are proper in this Court under §§ 1334, 1408 and 1409.  Plaintiffs are entitled to avoid/strip the lien of Defendant in its entirety. Defendant's lien on the residence is not supported by any value, the real estate and home being worth no more than $115,000.00, which is less than the first mortgage on the property.  The Plaintiffs herein requests that a judgment be entered deeming the second priority lien of Defendant to be a general unsecured debt and requiring the Deed to Secure Debt cancelled upon dischargeable of the debtors.

## NATURE OF SUIT
(Check the one most appropriate box only.)

☐ **454**  To Recover Money or Property

☐ **455**  To revoke an order of confirmation of a Chap. 11, Chap. 12, of Chap. 13 Plan

☐ **456**  To obtain a declaratory judgment relating to any of foregoing causes of action

■ **435**  To Determine Validity, Priority, or Extent of a Lien or Other Interest In Property

☐ **426**  To determine the dischargeability of a debt 11 U.S.C. § 523

☐ **459**  To determine a claim or cause of action removed to a bankruptcy Court

☐ **458**  To obtain approval for the sale of both the interest of the estate and of a co-owner in property

☐ **434**  To obtain an injunction or other equitable relief

☐ **498**  Other (specify)

☐ **424**  To object or to revoke a discharge 11 U.S.C. § 727

☐ **457**  To subordinate any allowed claim or interest except where such subordin- ation is provided in a plan

**ORIGIN OF PROCEEDINGS** (Check one box only.)

■ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND<br>$43,000 | OTHER RELIEF SOUGHT | ☐ JURY DEMAND |
|---|---|---|---|

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Earl Leky Lyons and Sonya Denise Lyons | BANKRUPTCY CASE NO.<br>17-51834-JPS |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Middle District | DIVISIONAL OFFICE<br>Macon Division | NAME OF JUDGE<br>The Honorable John P. Smith |

## RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   ■ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE<br>10/2/2017 | PRINT NAME<br>DANIEL L. WILDER | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/  Daniel L. Wilder |
|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**EARL LEKY LYONS,**<br>**SONYA DENISE LYONS,**<br>Debtors, | **CHAPER 13 NO.**<br><br>**17-51834-JPS** |
| **EARL LEKY LYONS,**<br>**SONYA DENISE LYONS,,**<br>Plaintiffs,<br><br>v.<br><br>**GLENDA L. TAYLOR,**<br>Defendant. | **ADVERSARY NO.**<br><br>**17-5____**<br><br>**JUDGE SMITH** |

## COMPLAINT TO DETERMINE EXTENT OF LIEN

COME NOW Earl and Sonya Lyons, Debtors in the above bankruptcy case, and show the

Court as follows:

1.

Defendant Glenda L Taylor resides in the Middle District of Georgia and may be served

by US Mail at 328 Bottoms Road, Barnesville, Georgia 30201.  Defendant was represented by

Attorney William D. Lindsey prior to the bankruptcy filing.  Supplemental service will be issued

upon the attorney by US Mail at 342 College Drive, Barnesville, Georgia 30204.

2.

This is an action to determine secured status and to determine the extent of the lien in

property of the bankruptcy estate under F.R.B.P. 7001.  This is a core proceeding under 28

U.S.C. § 157.  Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1334, 1408 and

1409.  In the event that this matter were to be determined not to be a core matter, Plaintiffs

consent to the jurisdiction of the bankruptcy court,

3.

Defendant holds or claims to hold a second priority Deed to Secure Debt on the Debtor's

residence at 224 Collier Road, Barnesville, Lamar County, Georgia which is recorded in Deed

Book 540, Page 196 of the Lamar County Georgia records in the approximate amount of

$42,688.20.

4.

Defendant's interest in the Deed to Secure Debt arose by assignment recorded at Deed

Book 942, Page 174, Clerk's Office, Superior Court of Lamar County.

5.

Defendant's lien on the residence is not supported by any value, the real estate and home

being worth no more than $115,000 and the first priority lien of Select Portfolio Servicing being

in the approximate amount of at least $120,996.72.

6.

Furthermore, title to the property appears to have reverted to grantors under O.C.G.A. 44-

14-80.

7.

Plaintiff is entitled to avoid / strip the lien of Defendant in its entirety.  Defendant's claim should be treated as general unsecured for the purposes of distribution in this bankruptcy.  Upon discharge of this case under Chapter 13, the lien should be cancelled of record.

WHEREFORE, Plaintiff respectfully demands the following:

a)    That judgment be entered for Plaintiff deeming the second priority lien of Defendant to be general unsecured debt and requiring that the Deed to Secure Debt be cancelled upon discharge of the debtor;

b)   That Plaintiff have such other and further relief as is just and proper.

Respectfully submitted this 2nd day of October, 2017.

/s/  Daniel L. Wilder
DANIEL L. WILDER
State Bar No. 141448
Attorney for Plaintiff

EMMETT L. GOODMAN, JR. LLC
544 Mulberry Street, Suite 800
Macon, Georgia 31201
Telephone:  (478) 745-5415
Email: bkydept@goodmanlaw.org